AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Thomas Pruden | ) Case No. |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Michael Thomas Pruden
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 113(a)(3) (Assault on Federal Land)
18 U.S.C. § 912 (Impersonation of a Federal Officer)
U.S.S.G. § 3A1.1(a) (Bias Motive)

Date: 06/29/2022

_Zia M. Faruqui_
*Issuing officer's signature*

City and state: Washington, D.C.

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/29/2022, and the person was arrested on *(date)* 07/14/2022
at *(city and state)* Virginia Beach, VA.

Date: 07/14/2022

*Arresting officer's signature*

SA Christopher Keele, FBI
*Printed name and title*