UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 1-22-cr-231 (JMC) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MICHAEL PRUDEN | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR MODICIATION OF CONDITIONS OF RELEASE**

The United States of America hereby respectfully moves the Court for a modification to defendant Michael Pruden's conditions of pre-trial release.

**RELEVANT PROCEDURAL BACKGROUND**

On or about June 29, 2022, a grand jury issued a sealed indictment charging the defendant with five counts of assault on federal land, in violation of 18 U.S.C. § 113; two counts of impersonating a federal officer, in violation of 18 U.S.C. § 912; and a bias motivation sentencing enhancement under U.S.S.G. § 3A1.1.  *See* ECF No. 1.  The defendant was arrested on July 14, 2022.  *See* ECF No. 5.  The defendant was released from detention subject to conditions of release including that he not violate federal, state, or local law while on release.  *See* ECF No. 10.  The conditions of release did *not* include a condition that the defendant refrain from impersonating or implying that he was a law enforcement officer or federal officer.  *See Id.*

On or about November 5, 2022, the defendant went to the Lake Wright Suites hotel in Norfolk, Virginia, during the daytime, and outside of his curfew hours.  While trying to check in early, and in an apparent attempt to receive faster service from the hotel staff, the defendant claimed to be in the Navy, and both a federal prosecutor and public defender based in Washington,

D.C.  *See* ECF No. 16.  Following this encounter with the defendant, hotel staff reached out to the F.B.I., were interviewed, and provided surveillance footage showing the defendant present at the hotel and speaking with hotel staff and described in their interviews.

The government joins in Pre-Trial Service's request that the defendant's conditions be modified to include that the defendant be ordered to "not to impersonate or imply that he is a law enforcement agent or employed by a law enforcement agency."  *See* ECF No. 16.  The government further requests that the defendant be ordered not to impersonate or imply that the is: (1) a federal, state, or local law enforcement officer or (2) a is federal employee acting under the authority of any federal department or agency.  *See* 18 U.S.C. § 912.  Further, the government requests that the defendant be reminded that, as part of his release conditions, he should not commit any new criminal offenses.  Under Section 912, whoever "falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value" has committed a felony.

## LEGAL ANALYSIS

The government may file a motion seeking a modification of a defendant's conditions of release.  Subsection (a)(1) of 18 U.S.C. § 3145 provides, in relevant part:

> (a) If a person is ordered released by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court—
> (1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release.

Therefore, the government files this motion seeking the modification of the defendant's pre-trial conditions.  Specifically, the government requests that the Court order the defendant not

impersonate or imply that he is: (1) a federal, state, or local law enforcement officer or (2) a is federal employee acting under the authority of any federal department or agency.

## CONCLUSION

For the reasons set forth above, the government respectfully requests that the defendant's conditions of release be modified.

                                                             Respectfully submitted,
                                                             KRISTEN CLARKE

                                                             Assistant Attorney General

By:    */s/ Rebekah J. Bailey*

            Rebekah Bailey
            TX Bar 24079833
            Trial Attorney
            Criminal Section
            Civil Rights Division
            U.S. Department of Justice
            950 Pennsylvania Avenue, NW
            Washington, DC 20530
            (202) 598-6408
            Rebekah.Bailey@usdoj.gov

            MATTHEW M. GRAVES
            UNITED STATES ATTORNEY
            D.C. Bar No. 481052

By:    */s/ Risa Berkower*
            Risa Berkower
            NY Bar No. 4536538
            Assistant United States Attorney
            U.S. Attorney's Office for the District of Columbia
            601 D Street NW
            Washington, DC 20530
            (202) 252-7223
            Risa.Berkower@usdoj.gov