AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA

V.

MICHAEL THOMAS PRUDEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 22-cr-231-JMC

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Jia M. Cobb           U.S. District Judge
Name of Judge        Title of Judge

9/27/24
Date