UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 1-22-cr-231 (JMC) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| MICHAEL PRUDEN | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

**Assault on Federal Land with a Dangerous Weapon (Jeremy Daniels, on or about April 30, 2018)**

The jury unanimously finds defendant Michael Pruden:

_____✓_____          _____
NOT GUILTY              GUILTY

You should consider first whether Michael Pruden is guilty of Assault on Federal Land with a Dangerous Weapon as charged with Jeremy Daniels as the object of the offense. If you find Mr. Pruden GUILTY, please answer the following question. If you find him NOT GUILTY, go on to consider the next section.

The jury unanimously finds defendant Michael Pruden:

_____          _____
DID NOT                 DID

select Jeremy Daniels as the object of the offense because of the actual or perceived sexual orientation of any person.

1

**Assault on Federal Land with a Dangerous Weapon (Norman Slye, on or about March 13, 2020):**

The jury unanimously finds defendant Michael Pruden:

✓
_____                    _____
NOT GUILTY                          GUILTY

You should consider first whether Michael Pruden is guilty of Assault on Federal Land with a Dangerous Weapon as charged with Norman Slye as the object of the offense. If you find Mr. Pruden GUILTY, please answer the following question. If you find him NOT GUILTY, go on to consider the next section.

The jury unanimously finds defendant Michael Pruden:

_____                    _____
DID NOT                             DID

select Norman Slye as the object of the offense charged because of the actual or perceived sexual orientation of any person.

2

**Assault on Federal Land with a Dangerous Weapon (Carl Williams, on or about June 11, 2020):**

The jury unanimously finds defendant Michael Pruden:

_____✓_____                    _____
NOT GUILTY                        GUILTY

You should consider first whether Michael Pruden is guilty of Assault on Federal Land with a Dangerous Weapon as charged with Carl Williams as the object of the offense. If you find Mr. Pruden GUILTY, please answer the following question. If you find him NOT GUILTY, go on to consider the next section.

The jury unanimously finds defendant Michael Pruden:

_____                    _____
DID NOT                            DID

select Carl Williams as the object of the offense because of the actual or perceived sexual orientation of any person.

**Assault on Federal Land with a Dangerous Weapon (Eric Better, on or about February 2021):**

The jury unanimously finds defendant Michael Pruden:

____✓____            _____
NOT GUILTY            GUILTY

You should consider first whether Michael Pruden is guilty of Assault on Federal Land with a Dangerous Weapon as charged with Eric Better as the object of the offense. If you find Mr. Pruden GUILTY, please answer the following question. If you find him NOT GUILTY, go on to consider the next section.

The jury unanimously finds defendant Michael Pruden:

_____            _____
DID NOT              DID

select Eric Better as the object of the offense charged because of the actual or perceived sexual orientation of any person.

**Impersonation of a Federal Officer or Employee (on or about June 11, 2020):**

The jury unanimously finds defendant Michael Pruden:



✓
_____              _____
NOT GUILTY                                              GUILTY

**Impersonation of a Federal Officer or Employee (on or about February 2021):**

The jury unanimously finds defendant Michael Pruden:



✓
_____              _____
NOT GUILTY                                              GUILTY

9/27/2024
_____              _____
Date                                                    Signature of Foreperson